**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CORDELL MOODY**                                                              **PLAINTIFF**

        **v.**                          **Civil No. 08-5027**

**TYSON FOODS, INC. and
COREY PRINCE**                                                                 **DEFENDANTS**

## O R D E R

Now on this 13th day of June, 2008, comes on for consideration defendant's **Motion To Compel Plaintiff's Rule 26(a)(1) Initial Disclosures** (document #18), and the Court, being well and sufficiently advised, directs that plaintiff take immediate steps to insure that such disclosures are in the hands of defense counsel no later June 30, 2008.

    **IT IS SO ORDERED.**

                         **/s/ Jimm Larry Hendren**
                         **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**