```
       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**CORDELL MOODY**                                                           **PLAINTIFF**

       v.        Civil No. 08-5027

**TYSON FOODS, INC. and**
**COREY PRINCE**                                                          **DEFENDANTS**

### O R D E R

Now on this 30th day of June, 2008, comes on for consideration plaintiff's **Motion For Judgment On The Pleadings From The Answers** (document #10), and from said motion, and the response thereto, the Court finds and orders as follows:

1. Plaintiff's *pro se* Complaint alleges that he broke several teeth on a rock in ground meat distributed by Tyson Foods, Inc. ("Tyson"). Read broadly, as *pro se* legal work is read under **Haines v. Kerner, 404 U.S. 519 (1972),** plaintiff asserts a product liability claim against Tyson. Defendant Prince was involved in some capacity in trying to resolve plaintiff's claim for damages before suit was filed.

2. Both defendants deny the material allegations of the Complaint.

3. Plaintiff now moves for judgment on the pleadings, albeit without citing any authority and without making any cogent argument why the Court should grant it. Defendants oppose the motion.

4. Judgment on the pleadings is a remedy that may be

granted only where the moving party "has clearly established that no material issue of fact remains and the moving party is entitled to judgment as a matter of law." **Elnashar v. U.S. Department of Justice**, **446 F.3d 792, 794 (8th Cir. 2006)**.

In the case at bar, judgment on the pleadings is clearly not appropriate. Defendants' Answers set up obvious factual disputes, such as whether there was in fact a rock in the meat as alleged by plaintiff; whether -- if there was a rock in the meat -- it was the cause of plaintiff's broken teeth; and what value should be placed on plaintiff's damages if he proves his case on liability. The existence of such issues precludes judgment on the pleadings.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion For Judgment On The Pleadings From The Answers** (document #10) is **denied.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**